UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOCKERSON-HALBERSTADT, INC. AND STANDON, LLC<br>    Plaintiffs | CIVIL ACTION<br><br>NO. 08-4131 |
| VERSUS | SECTION A (5) |
| NEW BALANCE ATHLETIC SHOE, INC.<br>    Defendant | JUDGE ZAINEY / MAG. CHASEZ |

## ORDER

Considering the foregoing Motion to Dismiss (Doc. Rec. 64):

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Dismiss with prejudice the second cause of action, for misappropriation of proprietary information (Doc. Rec. 64), is **GRANTED**. That claim is hereby dismissed with prejudice and Standon, LLC is hereby dismissed from this lawsuit.

9/23/09

_____
United States District Judge